

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-23-00091-CR

Eric Laranze **TAYLOR**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CR3024
Honorable Jennifer Peña, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED August 14, 2024.

_____
Beth Watkins, Justice